3:23cv296



# EXHIBIT A

2:00 3/29
Tues   Transfer

# Inspection Checklist

Housing Choice Voucher Program

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(Exp. 09/30/2017)

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Assurances of confidentiality are not provided under this collection.

This collection of information is authorized under Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). The information is used to determine if a unit meets the housing quality standards of the section 8 rental assistance program.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect the information required on this form by Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). Collection of the name and address of both family and the owner is mandatory. The information is used to determine if a unit meets the housing quality standards of the Section 8 rental assistance program. HUD may disclose this information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as permitted or required by law. Failure to provide any of the information may result in delay or rejection of family participation.

| Name of Family | Tenant ID Number | Date of Request (mm/dd/yyyy) |
|---|---|---|
| Sheena Walker-Fish | | 03/15/16 |

| Inspector | Neighborhood/Census Tract | Date of Inspection (mm/dd/yyyy) |
|---|---|---|
| Robert J. Kadnak | | 3/29/16 |

| Type of Inspection | Date of Last Inspection (mm/dd/yyyy) | PHA |
|---|---|---|
| Initial    Special    Reinspection | | S.H.A. |

## A. General Information

**Inspected Unit**   Year Constructed (yyyy)

Full Address (including Street, City, County, State, Zip)
438 Ripple St 1st Fl.
Sce, Pa 18505

Number of Children in Family Under 6

**Housing Type** (check as appropriate)
- Single Family Detached
- [X] Duplex or Two Family
- Row House or Town House
- Low Rise: 3, 4 Stories, Including Garden Apartment
- High Rise; 5 or More Stories
- Manufactured Home
- Congregate
- Cooperative
- Independent Group Residence
- Single Room Occupancy
- Shared Housing
- Other

**Owner**

| Name of Owner or Agent Authorized to Lease Unit Inspected | Phone Number |
|---|---|
| Steve | 717-434-1765 |

Address of Owner or Agent

## B. Summary Decision On Unit (To be completed after form has been filled out)

| | Number of Bedrooms for Purposes of the FMR or Payment Standard | Number of Sleeping Rooms | |
|---|---|---|---|
| [X] Pass | 2 | 2 | Ralph Bush |
| Fail | | | |
| Inconclusive | | | |

### Inspection Checklist

| Item No. | 1. Living Room | Yes Pass | No Fail | In-Conc. | Comment | Final Approval Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1.1 | Living Room Present | ✓ | | | | |
| 1.2 | Electricity | ✓ | | | | |
| 1.3 | Electrical Hazards | ✓ | | | smoke alarm in living | |
| 1.4 | Security | ✓ | | | Room | |
| 1.5 | Window Condition | ✓ | | | Room   good | |
| 1.6 | Ceiling Condition | ✓ | | | | |
| 1.7 | Wall Condition | ✓ | | | | |
| 1.8 | Floor Condition | ✓ | | | | |

Previous editions are obsolete   Page 1 of 8   form HUD-52580 (9/2014)
ref Handbook 7420.8

\* Room Codes: 1 = Bedroom or Any Other Room Used for Sleeping (regardless of type of room);   2 = Dining Room or Dining Area;
3 = Second Living Room, Family Room, Den, Playroom, TV Room; 4 = Entrance Halls, Corridors, Halls, Staircases; 5 = Additional Bathroom; 6 = Other

| Item No. | 1. Living Room (Continued) | Yes Pas | No Fail | In-Conc. | Comment | Final Approval Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1.9 | Lead-Based Paint  Are all painted surfaces free of deteriorated paint?  If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | Not Applicable | |
| | **2. Kitchen** | | | | | |
| 2.1 | Kitchen Area Present | | | | | |
| 2.2 | Electricity | | | | | |
| 2.3 | Electrical Hazards | | | | | |
| 2.4 | Security | | | | | |
| 2.5 | Window Condition | | | | | |
| 2.6 | Ceiling Condition | | | | | |
| 2.7 | Wall Condition | | | | | |
| 2.8 | Floor Condition | | | | | |
| 2.9 | Lead-Based Paint  Are all painted surfaces free of deteriorated paint?  If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | Not Applicable | |
| 2.10 | Stove or Range with Oven | | | | | |
| 2.11 | Refrigerator | | | | | |
| 2.12 | Sink | | | | | |
| 2.13 | Space for Storage, Preparation, and Serving of Food | | | | | |
| | **3. Bathroom** | | | | | |
| 3.1 | Bathroom Present | | | | | |
| 3.2 | Electricity | | | | | |
| 3.3 | Electrical Hazards | | | | | |
| 3.4 | Security | | | | | |
| 3.5 | Window Condition | | | | | |
| 3.6 | Ceiling Condition | | | | | |
| 3.7 | Wall Condition | | | | | |
| 3.8 | Floor Condition | | | | | |
| 3.9 | Lead-Based Paint  Are all painted surfaces free of deteriorated paint?  If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | Not Applicable | |
| 3.10 | Flush Toilet in Enclosed Room in Unit | | | | | |
| 3.11 | Fixed Wash Basin or Lavatory in Unit | | | | | |
| 3.12 | Tub or Shower in Unit | | | | | |
| 3.13 | Ventilation | | | | | |

| Item No. 4. Other Rooms Used for Living and Halls | Yes Pass | No Fail | In- Conc. | Comment | Final Approval Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 4.1 Room Code* and Room Location | | | | (Circle One) Right/Center/Left    (Circle One) Front/Center/Rear    ___ Floor Level | |
| 4.2 Electricity/Illumination | | | | | |
| 4.3 Electrical Hazards | | | | | |
| 4.4 Security | | | | | |
| 4.5 Window Condition | | | | | |
| 4.6 Ceiling Condition | | | | | |
| 4.7 Wall Condition | | | | | |
| 4.8 Floor Condition | | | | | |
| 4.9 Lead-Based Paint | | | | ☐ Not Applicable | |
| Are all painted surfaces free of deteriorated paint? | | | | | |
| If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | | |
| 4.10 Smoke Detectors | | | | | |
| 4.1 Room Code* and Room Location | | | | (Circle One) Right/Center/Left    (Circle One) Front/Center/Rear    ___ Floor Level | |
| 4.2 Electricity/Illumination | | | | | |
| 4.3 Electrical Hazards | | | | | |
| 4.4 Security | | | | | |
| 4.5 Window Condition | | | | | |
| 4.6 Ceiling Condition | | | | | |
| 4.7 Wall Condition | | | | | |
| 4.8 Floor Condition | | | | | |
| 4.9 Lead-Based Paint | | | | ☐ Not Applicable | |
| Are all painted surfaces free of deteriorated paint? | | | | | |
| If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | | |
| 4.10 Smoke Detectors | | | | | |
| 4.1 Room Code* and Room Location | | | | (Circle One) Right/Center/Left    (Circle One) Front/Center/Rear    ___ Floor Level | |
| 4.2 Electricity/Illumination | | | | | |
| 4.3 Electrical Hazards | | | | | |
| 4.4 Security | | | | | |
| 4.5 Window Condition | | | | | |
| 4.6 Ceiling Condition | | | | | |
| 4.7 Wall Condition | | | | | |
| 4.8 Floor Condition | | | | | |
| 4.9 Lead-Based Paint | | | | ☐ Not Applicable | |
| Are all painted surfaces free of deteriorated paint? | | | | | |
| If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | | |

| Item No. | 4. Other Rooms Used For Living and Halls | Yes Pass | No Fail | In-Conc. | Comment | Final Approval Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 4.1 | Room Code * and Room Location | (Circle One) Right/Center/Left | | | (Circle One) Front/Center/Rear _____ Floor Level | |
| 4.2 | Electricity/Illumination | | | | | |
| 4.3 | Electrical Hazards | | | | | |
| 4.4 | Security | | | | | |
| 4.5 | Window Condition | | | | | |
| 4.6 | Ceiling Condition | | | | | |
| 4.7 | Wall Condition | | | | | |
| 4.8 | Floor Condition | | | | | |
| 4.9 | Lead-Based Paint — Are all painted surfaces free of deteriorated paint? | | | | Not Applicable | |
|  | If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | | |
| 4.10 | Smoke Detectors | | | | | |
| 4.1 | Room Code* and Room Location | (Circle One) Right/Center/Left | | | (Circle One) Front/Center/Rear _____ Floor Level | |
| 4.2 | Electricity/Illumination | | | | | |
| 4.3 | Electrical Hazards | | | | | |
| 4.4 | Security | | | | | |
| 4.5 | Window Condition | | | | | |
| 4.6 | Ceiling Condition | | | | | |
| 4.7 | Wall Condition | | | | | |
| 4.8 | Floor Condition | | | | | |
| 4.9 | Lead-Based Paint — Are all painted surfaces free of deteriorated paint? | | | | Not Applicable | |
|  | If not, do deteriorated surfaces exceed two square feet per room and/or is more than 10% of a component? | | | | | |
| 4.10 | Smoke Detectors | | | | | |
|  | **5. All Secondary Rooms** (Rooms not used for living) | | | | | |
| 5.1 | None     Go to Part 6 | | | | | |
| 5.2 | Security | | | | | |
| 5.3 | Electrical Hazards | | | | | |
| 5.4 | Other Potentially Hazardous Features in these Rooms | | | | | |

| Item No. | 6. Building Exterior | Yes Pass | No Fail | In-Conc. | Comment | Final Approval Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 6.1 | Condition of Foundation | | | | | |
| 6.2 | Condition of Stairs, Rails, and Porches | | | | | |
| 6.3 | Condition of Roof/Gutters | | | | | |
| 6.4 | Condition of Exterior Surfaces | | | | | |
| 6.5 | Condition of Chimney | | | | | |
| 6.6 | Lead Paint: Exterior Surfaces — Are all painted surfaces free of deteriorated paint? | | | | Not Applicable | |
| | If not, do deteriorated surfaces exceed 20 square feet of total exterior surface area? | | | | | |
| 6.7 | Manufactured Home: Tie Downs | | | | | |

### 7. Heating and Plumbing

| Item No. | | Yes Pass | No Fail | In-Conc. | Comment | Final Approval Date |
|---|---|---|---|---|---|---|
| 7.1 | Adequacy of Heating Equipment | | | | | |
| 7.2 | Safety of Heating Equipment | | | | | |
| 7.3 | Ventilation/Cooling | | | | | |
| 7.4 | Water Heater | | | | | |
| 7.5 | Approvable Water Supply | | | | | |
| 7.6 | Plumbing | | | | | |
| 7.7 | Sewer Connection | | | | | |

### 8. General Health and Safety

| Item No. | | Yes Pass | No Fail | In-Conc. | Comment | Final Approval Date |
|---|---|---|---|---|---|---|
| 8.1 | Access to Unit | | | | | |
| 8.2 | Fire Exits | | | | | |
| 8.3 | Evidence of Infestation | | | | | |
| 8.4 | Garbage and Debris | | | | | |
| 8.5 | Refuse Disposal | | | | | |
| 8.6 | Interior Stairs and Commom Halls | | | | | |
| 8.7 | Other Interior Hazards | | | | | |
| 8.8 | Elevators | | | | | |
| 8.9 | Interior Air Quality | | | | | |
| 8.10 | Site and Neighborhood Conditions | | | | | |
| 8.11 | Lead-Based Paint: Owner's Certification | | | | Not Applicable | |

If the owner is required to correct any lead-based paint hazards at the property including deteriorated paint or other hazards identified by a visual assessor, a certified lead-based paint risk assessor, or certified lead-based paint inspector, the PHA must obtain certification that the work has been done in accordance with all applicable requirements of 24 CFR Part 35. The Lead-Based Paint Owner Certification must be received by the PHA before the execution of the HAP contract or within the time period stated by the PHA in the owner HQS violation notice. Receipt of the completed and signed Lead-Based Paint Owner Certification signifies that all HQS lead-based paint requirements have been met and no re-inspection by the HQS inspector is required.

**C. Special Amenities (Optional)**

This Section is for optional use of the HA. It is designed to collect additional information about other positive features of the unit that may be present. Although the features listed below are not included in the Housing Quality Standards, the tenant and HA may wish to take them into consideration in decisions about renting the unit and the reasonableness of the rent.
Check/list any positive features found in relation to the unit.

**D. Questions to ask the Tenant (Optional)**

**1. Living Room**
- [ ] High quality floors or wall coverings
- [ ] Working fireplace or stove
- [ ] Balcony, patio, deck, porch
- [ ] Special windows or doors
- [ ] Exceptional size relative to needs of family
- [ ] Other: (Specify)

**2. Kitchen**
- [ ] Dishwasher
- [ ] Separate freezer
- [ ] Garbage disposal
- [ ] Eating counter/breakfast nook
- [ ] Pantry or abundant shelving or cabinets
- [ ] Double oven/self cleaning oven, microwave
- [ ] Double sink
- [ ] High quality cabinets
- [ ] Abundant counter-top space
- [ ] Modern appliance(s)
- [ ] Exceptional size relative to needs of family
- [ ] Other: (Specify)

**3. Other Rooms Used for Living**
- [ ] High quality floors or wall coverings
- [ ] Working fireplace or stove
- [ ] Balcony, patio, deck, porch
- [ ] Special windows or doors
- [ ] Exceptional size relative to needs of family
- [ ] Other: (Specify)

**4. Bath**
- [ ] Special feature shower head
- [ ] Built-in heat lamp
- [ ] Large mirrors
- [ ] Glass door on shower/tub
- [ ] Separate dressing room
- [ ] Double sink or special lavatory
- [ ] Exceptional size relative to needs of family
- [ ] Other: (Specify)

**5. Overall Characteristics**
- [ ] Storm windows and doors
- [ ] Other forms of weatherization (e.g., insulation, weather stripping)
- [ ] Screen doors or windows
- [ ] Good upkeep of grounds (i.e., site cleanliness, landscaping, condition of lawn)
- [ ] Garage or parking facilities
- [ ] Driveway
- [ ] Large yard
- [ ] Good maintenance of building exterior
- [ ] Other: (Specify)

**6. Disabled Accessibility**

Unit is accessible to a particular disability.  [ ] Yes  [ ] No
Disability

1. Does the owner make repairs when asked? Yes ___ No ___
2. How many people live there? _____
3. How much money do you pay to the owner/agent for rent? $ _____
4. Do you pay for anything else? (specify) _____
5. Who owns the range and refrigerator? (insert O = Owner or T = Tenant) Range _____ Refrigerator _____ Microwave __
6. Is there anything else you want to tell us? (specify) Yes    No

**E. Inspection Summary/Comments** (Optional)

Provide a summary description of each item which resulted in a rating of "Fail" or "Pass with Comments."

| Tenant ID Number | Inspector | Date of Inspection (mm/dd/yyyy) Address of Inspected Unit |
|---|---|---|
|  |  |  |

Type of Inspection    Initial    Special    Reinspection

Item Number                        Reason for "Fail" or "Pass with Comments" Rating

Continued on additional page    Yes ☐    No ☐