3:23 cv 296

FILED
SCRANTON
FEB 21 2023
PER _____
DEPUTY CLERK

# EXHIBIT B

NAME: Vsevolod Garanin       CASE NO: 2642 CR 2017

PLEA DATE: June 6, 2018

## GUILTY PLEA COLLOQUY

You are present before this Court because you or your lawyer has stated that you wish to plead guilty to some or all of the criminal offenses with which you have been charged. Please answer fully all the questions on this document. If you do not understand any question, do not answer that question. If you do understand the question, you should answer "yes" or "no, or fill in another appropriate answer.

This is a sworn statement. After you have finished reading this form and filling it out, you should sign it on the last page, on the line that says "Defendant". You should also initial each page at the bottom, but only if you have read and understood that page. If there is anything that you do not understand, you should tell your lawyer and the Judge who hears your case, so that they can explain it to you fully, to make sure that you understand all your rights.

Most of these questions can be answered "yes" or "no". Where general information is requested, please answer fully.

1. What is your full name? Vsevolod Sergel Garanin

2. Do you wish to plead guilty to the charges of Attempted Theft by Deception (18 Pa.C.S.A. § 3922(a)(3)) Fail to Correct under 18 PaCSA 901 as laid out in criminal action 17 CR 2642 ? YES

3. How old are you? 33

4. How far did you go in school? Bachelors Degree

5. Do you read and write the English language? YES

5(a) Have you had the opportunity to read the charges pending against you? YES

5(b) Therefore, do you know exactly what you are charged with and what you are pleading to? YES, Amended Count of Att. Theft by Deception - failure to correct.

6. Have you ever been in a mental institution or received treatment for a mental disease? NO

7. Have you had any alcoholic beverages or drugs within the last 24 hours? NO

1                Initials: VG

80a

8. Have you fully discussed your case with your attorney and are you fully satisfied that he knows all the facts of your case and has had sufficient time to look into any questions either he or you may have about the case? __YES__

8 (a) Are you satisfied with your attorney? __YES__

9. Do you understand that even though you are guilty or may be guilty you are presumed to be innocent, and you have a right to go to trial either before a judge or before a jury of 12 individuals and the Commonwealth must prove to the satisfaction of each and every one of the 12 jurors or to the satisfaction of the judge that you guilty beyond a reasonable doubt? __YES__

9 (a) Do you understand that you and your attorney have a right to participate in the selection of a jury? __YES__

10. Do you understand that if you want to go to trial your attorney will be permitted to cross-examine the Commonwealth's witnesses and to call witnesses on your behalf, but if you plead guilty, you will lose the right to call witnesses or to cross-examine the Commonwealth witnesses? __YES__

11. Do you understand that by pleading guilty you are admitting that you did the things you are charged with and that if you plead not guilty, the Commonwealth cannot force you to take the stand and either admit or deny that you did the things you are charged with? __YES__

12. Do you understand that by pleading guilty you are giving up your right to appeal any question in this case except those concerning the right of this Court to try you (jurisdiction over subject matter) or the legality or propriety of the sentence imposed? __YES__

13. State specifically in detail any plea agreement with the District Attorney. __Plea to M, Attempted Theft by Deception - Fail to Correct in exchange (1) Pay $20,000 Civil Penalty (Paid), (2) 20 hours Com. Service in Lackaw Cty prior to Sent. (3) Withdraw all Civil Lawsuits against SHA (Already Done) and (4) Dissolve UKrapprop 2, LLC by Sentencing. If not dissolved Commonwealth Can reinstitute (Felonies.) (5) All other charges N.P. @ Sent (6) CW stands silent about Prob. Sent.__

Initials: __VC__

8/a

13 (a) Has the District Attorney made any other promises to you in exchange for your guilty plea other than what is mentioned above? **NO**

13 (b) Have you been threatened or coerced in any manner to enter this guilty plea? **NO**

13 (c) Are you entering this guilty plea of your own free will after discussing the merits of your case with your attorney? **YES**

14. Do you understand that the Court is not bound by the agreement you made with the District Attorney? **YES**

15. Do you understand that the maximum penalty to the charges you are pleading guilty to is: **5 years, $10,000 fine** ? **YES**

15 (a) If you are pleading guilty to more than one charge, do you understand that the Judge may impose consecutive sentences? **N/A**
If the answer to the preceding question is yes, state the total sentence that may be imposed on you. **N/A**

15 (b) Do you understand that certain crimes carry mandatory minimum penalties? **N/A**
Did your attorney advise you that any mandatory penalties apply to your case? **N/A**
If the preceding answer is yes, state the mandatory provisions that apply to your case. **N/A**

16. The elements of the crime(s) charged are as follows: **Attempted to obtain payment by failing to correct a false impression on a report.**

16 (a) Do you understand these are the elements of the crimes charged that you are pleading to? **YES**

3                                           Initials: **VG**

82a

17. The District Attorney indicates this is what you did on the date of the crime charged. _See 16_

18. Do you admit that you did the above-stated act(s)? _YES_

19. Are you aware, that if you are not a United States citizen, it is possible that you may face deportation by entering a guilty plea to these charge(s)? _YES_

19 (a) Are you a United States Citizen? _YES_

20. Understanding the full meaning of the plea of guilty as stated above, do you still wish to plead guilty? _YES_

I affirm that I have read the above document in its entirety and have reviewed it with my attorney. I affirm that I am aware of the full implications of entering a guily plea and nevertheless wish to enter a guilty plea to the above-mentioned offenses. I further affirm that my signature on this Guilty Plea Colloquy and initials on each page of this document are true and correct.

Date: _6/6/18_   _V. Dan_____
                   DEFENDANT

I, _Michael J. Ossont_ Esq., Attorney for _Vsevolid Garanin_, state that I have advised my client of the contents and meanings of the document. It is my belief that my client fully comprehends the implications of pleading guilty and is entering this plea of his/her own free will.

_____
Attorney for the Defendant

6.6.18
P.S.I.

4                Initials: _VG_

83a