3:23 cv296

**FILED
SCRANTON**

FEB 21 2023

PER _____
        DEPUTY CLERK

# EXHIBIT C




## COMMONWEALTH OF PENNSYLVANIA
## JUDICIAL CONDUCT BOARD

PENNSYLVANIA JUDICIAL CENTER
601 COMMONWEALTH AVENUE, SUITE 3500
P.O. BOX 62525
HARRISBURG, PA 17106-2525
WWW.JCBPA.ORG

RICHARD W. LONG
CHIEF COUNSEL

February 10, 2021

717-234-7911

Mr. Vsevolod Steve Garanin
25 Park Lane South, #1704
Jersey City, NJ  07310

RE:   Judicial Conduct Board File No. 2018-750

Dear Mr. Garanin:

The Judicial Conduct Board has concluded its review of your complaint. After thorough investigation, the Board voted to authorize a dismissal of your complaint with a Letter of Caution to Judge Gallagher to express its concerns regarding the judge's conduct. The investigation included analysis of all information provided by you in your initial request for investigation.

Please know that the Board viewed this matter seriously and addressed it in the manner it deemed appropriate. Proper consideration was given to its investigatory findings and all the facts and circumstances related to your complaint. The Board's decision to issue a Letter of Caution to Judge Gallagher is final and there is no appeal process.

The Board thanks you for bringing this matter to its attention and appreciates your concern for the integrity and independence of the judiciary. As the Letter of Caution has been issued, this matter is now officially closed and the complaint docketed to the above number will be dismissed.

Very truly yours,

Richard W. Long
Chief Counsel

RWL:cmm